[No. 4578-1.   Division One.   July 11, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
MONTE CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 74610, Horton Smith, J., entered March 8,
1976. *Dismissed* by unpublished per curiam opinion.


[No. 4426-1.   Division One.   July 11, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. MILDRED
ALFREDA HERBERT, ET AL, *Defendants*,
DEBORAH FAYE JACKSON,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 72649, Jerome M. Johnson, J., entered January
7, 1976. *Dismissed* by unpublished per curiam opinion.


[No. 4287-1.   Division One.   July 11, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 72363, Robert A. Hannan, J., entered October
23, 1975. *Affirmed* by unpublished per curiam opinion.


[No. 4266-1.   Division One.   July 11, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK
CARLOS KELLER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 72334, Lloyd W. Bever, J., entered October 17,
1975. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Farris, C.J., and Williams, J.